Good morning. May it please the Court. My name is Tim Abbott, and I am before the Court today on behalf of Georgian MOVSISIAN, petitioner herein. As I see it, the issues herein are whether refusal to serve in the military for religious grounds may form a protected ground for asylum, whether the Armenian government would be motivated to harm MOVSISIAN on a whether there is a causal relationship between the beliefs of MOVSISIAN and a protected ground, and whether the BIA may dismiss a motion to reopen with a simple footnote, a summarily dismissal. Mr. MOVSISIAN is a young man from Armenia. He fled from Armenia in order to practice his religion, in order to avoid service in the military. That's true. In the United States, his religious beliefs have grown stronger, and conditions in Armenia continue to be the same or have grown worse. His beliefs here in the United States, which are growing stronger, have led him to say that he would refuse to serve in the military, and he would do that on religious grounds. They have also led him to say he would only kill another if it was in self-defense. There is credible evidence in the record to support that his beliefs are sincere. There is credible evidence in the record to show that there is an imprisonment of conscientious objectors in Armenia. There is credible evidence in the record to show that there is mistreatment of religious minorities in Armenia. Nevertheless, the immigration judge herein finds that there is no basis upon which to find that MOVSISIAN is a conscientious objector. The judge finds that the run the same risk as any other individual in Armenia. What is the evidence of past persecution? We don't show any. Against MOVSISIAN, Your Honor, we have not attempted to show. It's a well-founded fear of persecution. Well, how is he different from anyone else? Well, we think the fact that he has sincere religious beliefs and that there are documents in the record showing that others who have refused military service have been imprisoned, we think that points to the possibility that he would be subject to imprisonment. What in the record, is there something in the record that shows that his religion prohibits him from serving in the military? No, Your Honor, there's nothing in the record. It's his personal statements to the nation. It's not a tenet of the religion, is it? He said it was a tenet of the religion. Now, he did state on the record in his testimony that if he was faced with a self-defense situation, he would defend himself. He would kill? Yes. If necessary. But I think that's a far cry from voluntarily going in and undertaking the other obligations of military service, which might mean killing in situations that were not strictly self-defense. Okay. Okay. I'm going to continue. We find that the judge stated that in his decision that one of the basis for denying the claim was that Mosesian was a coward. We think there's nothing in the record to support that. He stated that he did not want to kill. But that's a far cry from saying someone's a coward, whether he was afraid of going to military service. I would submit to the court that many men and women who go to military service are afraid, but nevertheless, they do go. What evidence supports a well-founded fear of future persecution? Because according to the IJ, he said, this is on page eight of the IJ decision, that he, meaning the petitioner, doesn't know what would happen to him if he went back to Armenia because of his Pentecostal religion. In other words, he doesn't say he'd be subjected to this or subjected to that. He just said he doesn't know. I think he's being totally, I think the petitioner here has been honest on the record. But there is documentary evidence to show that conscientious objectors are in prison in Armenia. But it's not his religion that is going to, is his basis for his claim of future persecution. Is that correct? It's his conscientious objection to military service? That is it. I think that is in part and partial of his religion. Well, I thought you just said that that wasn't a tenet of the religion. No, the way I understood the question was the record, a report or a study or something. There's nothing of that nature, but there is his testimony regarding that point. The testimony most hissing is that he understood that he would not, as a believer in this religion, he would not participate in military service. I'm going to reserve time if there's no further questions. May it please the court. Catherine Hancock for respondent, the Attorney General. The BIA properly affirmed denial of asylum in this case. The evidence does not compel a finding that the petitioner is likely to be persecuted on account of his religion under either of petitioner's alternative theories. There's no evidence that the government is  in general or that petitioner is individually is likely to be persecuted for practicing his religion in Armenia. As opposing counsel has conceded, there was no past persecution in this case, nor is there any well-founded fear of future persecution. The petitioner admitted that he did not know what would happen to him if he practiced religion in Armenia now because he did not know of the current circumstances. The country reports show also as the IJ found that there is increasing religious tolerance since the time petitioner left Armenia back in the early 1990s. Nor is there evidence that petitioner has a genuine religious objection to military service. Rather, he is afraid, he testified that he's afraid of being conscripted based on a lack of military conscription in itself is not a basis for a persecution. If there are no other questions, we will rest on our briefs. Thank you. Do you wish to add anything, Mr. Everett? Briefly. Mr. Court. The basis for the motion, I think, and that's not been really discussed is to show that there were there was ongoing problems in Armenia as late as 2001. There were grave concerns about the treatment of religious minorities. So I think the judge's statements incorrect and in stating that the conditions had changed there. Furthermore, as to whether Mr. Mosesian feared individual persecution, I think the equation of his beliefs plus the documentary evidence shows that here there is a significant possibility that he would indeed face such persecution. In the record, it shows he testifies that they went to his house. They sought him out. They detained his brother instead. And so they are on notice as to his refusal. If he were to be detained in Armenia, then they would obviously know of his beliefs as well. The government makes respondent makes much of the Mosesian's own honest testimony. But he's a young man. It would have been total speculation for him to say he did not know the the what Amnesty International was saying. He didn't know what the State Department was saying. So I do think there is document documents in the evidence. Thank you. The case just argued is submitted for decision. The next case.
judges: Schroeder, Goodwin, Tashima